# EXHIBIT A

to

**Affidavit of Evelen Hope Walker**

File No. 3:23-cv-4501-MGL-SVH

*Email Regarding Registration as Republican Presidential Candidate*

| | |
|---|---|
| **From:** | John Anthony Castro |
| **To:** | "team@scgop.com" |
| **Subject:** | Registration as Republican Presidential Candidate |
| **Date:** | Friday, September 22, 2023 6:32:53 PM |
| **Attachments:** | image008.png<br>image009.png<br>image010.png<br>image011.png |
| **Importance:** | High |

Drew McKissick, Chair
Hope Walker, Executive Director:

I am writing you to formally register as a 2024 Republican Presidential Candidate.

If the SC GOP agrees to put me on the ballot, I will dismiss the SC federal claim regarding Donald J. Trump.



**John Anthony Castro**
2024 Republican Presidential Candidate
+1 202 594 4344 | J.Castro@JohnCastro.com

www.JohnCastroCo.com