# EXHIBIT B

to

**Affidavit of Evelen Hope Walker**

File No. 3:23-cv-4501-MGL-SVH

*Email Regarding SCGOP's Presidential Canidiate Filing Fee*

**From:** John Anthony Castro
**To:** "Hope Walker"
**Subject:** RE: SCGOP Presidential Candidate Filing
**Date:** Wednesday, October 25, 2023 12:10:31 PM
**Attachments:** image001.png
image002.png
image003.png
image004.png
SC Ballot Access Form.pdf

Hi Hope,

Please see my completed South Carolina Republican Party 2024 Presidential Primary Election Statement of Intention of Candidacy.

To what address to I mail the filing fee?



**John Anthony Castro**
2024 Republican Presidential Candidate
+1 202 594 4344 | J.Castro@JohnCastro.com

www.JohnCastroCo.com

      

---

**From:** Hope Walker <hope@scgop.com>
**Sent:** Monday, September 25, 2023 11:07 AM
**To:** John Anthony Castro <j.castro@johncastro.com>
**Subject:** SCGOP Presidential Candidate Filing

Hi Mr. Castro,

Attached is the SCGOP Presidential candidate filing form as well as our FAQ Memo with additional details.

The filing form and filing fee of $50,000 are due by 5PM on October 31, 2023 in order for candidates to appear on the Republican Presidential Primary ballot.

Please let me know if you have any questions on this -

Thanks!

Hope

--

**Hope Walker Rossi**

*Executive Director*
*The South Carolina Republican Party*
(o) 803.988.8440
(c) 803.463.0541
@hopewalker

## SOUTH CAROLINA REPUBLICAN PARTY
## 2024 PRESIDENTIAL PRIMARY ELECTION
## STATEMENT OF INTENTION OF CANDIDACY

I declare my intention to seek nomination by Republican primary in the State of South Carolina and to qualify for the February 2024 South Carolina Presidential Preference Primary Election ballot for the office of President of the United States of America to be elected in the November 5, 2024 General Election. I understand and acknowledge that a non-refundable filing fee of $50,000 must be jointly submitted with this form before 5:00 P.M October 31, 2023. The filing fee must be paid with certified funds.

My name as it appears on the ballot may not imply professional or social status, an office, or military rank. This name may be my given name, a derivative of my given name used in good faith for honest purposes, or a nickname, which bears no relation to my given name. My nickname, if used, does not exceed 15 letters. My signature below attests this.

**Name as you would like it to appear on the ballot:**

JOHN ANTHONY CASTRO

Candidate's Legal Name: JOHN ANTHONY CASTRO

Address: 12 Park Place

City: Mansfield        State: TX    Zip: 76063

Campaign Point of Contact: John Anthony Castro    POC Phone: 202-594-4344

POC Email: J.Castro@JohnCastro.com

FEC Campaign ID: C00728097
Voter Registration or other ID number (and state): FEC Presidential Candidate ID: P40007320

---

I hereby affirm that I generally believe in and intend to support the nominees and platform of the Republican Party in the November 5, 2024 General Election; that I will not knowingly violate any election law or any law defining and prohibiting corrupt and fraudulent practices in campaigns and elections in this state; that I will qualify for the office if elected thereto, including, but not limited to, complying with any limitation prescribed by the Constitution of the United States; that I will fulfill all filing requirements set by the South Carolina Republican Party, including but not limited to completion of this form and payment of a non-refundable $50,000 filing fee; that I acknowledge if I have not jointly submitted this form and the filing fee by the 5:00 P.M. October 31, 2023 filing deadline, my name is not eligible to appear on the ballot, and I understand that my name will appear on all ballots as designated in this declaration.

Candidate's Signature: _[signature]_

Signature of Notary Public (required): _[signature]_

[Notary seal: 10/25/2023 CELESTE AGUIRRE, Notary Public, State of Texas, Comm Expires 03-19-2024, Notary ID 132411184]

*To Be Completed By The South Carolina Republican Party:*

*Date / Time Form Received:* _____    *Received By:* _____
*Approved By:* _____    *Filing Fee Amount Received:* _____