# EXHIBIT C

to

**Affidavit of Evelen Hope Walker**

File No. 3:23-cv-4501-MGL-SVH

*Email Regarding Large Chargeback Notification*

**From:** Elizabeth Stroman <elizabeth@scgop.com>
**Date:** November 2, 2023 at 4:52:18 PM EDT
**To:** Hope Walker <hope@scgop.com>
**Subject: Fwd: Large Dollar Chargeback Notification - SOUTH CAROLINA REPUBLICAN PARTY FEDERAL 2016**

Elizabeth Stroman
(803) 315-9262

Begin forwarded message:

**From:** "SNELL, RICO M." <rico.snell@firsthorizon.com>
**Date:** November 2, 2023 at 4:37:03 PM EDT
**To:** elizabeth@scgop.com
**Subject: FW: Large Dollar Chargeback Notification - SOUTH CAROLINA REPUBLICAN PARTY FEDERAL 2016**

Hello Elizabeth
Per your request.

**Rico Montell Snell**
VP | Banking Center Manager III
Small Business Market Leader
1320 Main Street, Ste 175
Columbia Main, SC 29201
Office: 803.744.2560
rico.snell@firsthorizon.com

**FIRST HORIZON.**

**From:**
**Sent:** Thursday, November 2, 2023 12:34 PM
**To:** SNELL, RICO M. <rico.snell@firsthorizon.com>
**Cc:**
**Subject: Large Dollar Chargeback Notification - SOUTH CAROLINA REPUBLICAN PARTY FEDERAL 2016**

Good morning

The deposited check displayed below will chargeback to our customer's account today. The chargeback reason is listed as *"NSF"*. A legal copy will be mailed and received by our customer within 3-5 business days. Please let me know if I may provide further assistance.



Thanks

**FIRST HORIZON**

Award-winning service
Confidentiality notice
This e-mail message, including any attachments, may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution, or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.