## CERTIFICATE OF SERVICE

I, the undersigned legal assistant of the law offices of Robinson Gray Stepp & Laffitte, LLC, counsel for Defendant South Carolina Republican Party, do hereby certify that I have served all counsel in this action with a copy of the document(s) specified below by electronically mailing a copy of the same to the following address(es):

Document(s):    **SCGOP'S MOTION FOR SUMMARY JUDGMENT**

Counsel Served:    John Anthony Castro
12 Park Place
Mansfield, TX 76063
202-594-4344
j.castro@johncastro.com

*Pro Se Plaintiff*

_____
Cynthia Nygord

December 14, 2023